**IT IS ORDERED as set forth below:**

Date: April 20, 2010

_____
Joyce Bihary
U.S. Bankruptcy Court Chief Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>    SARA STEWART,<br><br>    Debtor. | Chapter 13<br><br>Case No. 09-87799-JB |
| SARA STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & FREEDMAN, LLC, WELLS FARGO BANK, N.A., and WELLS FARGO BANK, N.A., as Trustee for WaMu Mortgage Pass-Through Certificates, Series 2005-PR5,<br><br>    Defendants. | Adversary No. 09-06643-JB |

**CONSENT FINAL JUDGMENT**

Before the Court is the motion to approve a compromise of the disputed claims in this adversary action. This matter came on for hearing on the 14th day of April, 2010 at 10:00 a.m.

This adversary action was filed to set aside a foreclosure on the Debtor's residence (the "Property"). The agreement submitted to the Court for approval provides for the reversal of the foreclosure, for the joinder of parties to this action who have an interest in the Property, and for the payment of the arrearage.

For good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Howard Henry is hereby joined as a party plaintiff to this case. Wells Fargo Bank N.A., as Trustee for WaMu Mortgage Pass-Through Certificates, Series 2005-PR5, is added as a party defendant in this case.

2. The settlement agreement is approved and the Court will enter a separate order to be recorded in the real estate records of Newton County to evidence the settlement.

3. This adversary action is dismissed with prejudice as to Johnson & Freedman, LLC but dismissed without prejudice as

to the remaining defendants but is subject to the releases and other terms of the settlement agreement.

END OF DOCUMENT

**KITCHENS KELLEY GAYNES P.C.**                    **GOLDBERG & COLLIVIER, P.C.**


/s/ Mark A. Kelley                                 /s/ Ralph Goldberg
Mark A. Kelley                                     Ralph Goldberg
Georgia Bar No. 412325                             Georgia Bar No. 299475

Eleven Piedmont Center, Suite 900                  755 Commerce Drive
3495 Piedmont Road, NE                             Suite 600
Atlanta, Georgia 30305                             Decatur, Georgia 30030
(404) 237-4100 Telephone                           (404) 378-7700 telephone
(404) 364-0126 Facsimile                           (404) 378-7708 facsimile
mkelley@kkgpc.com Email                            attorneygoldberg@hotmail.com Email
*Counsel for Defendants Wells*                     *Counsel for Plaintiff Sara Stewart*
*Fargo Bank, N.A. and Wells Fargo*
*Bank, N.A., as Trustee of WAMU*
*Mortgage Pass-Through*
*Certificate, Series 2005-PR5*

606035_2